# United States District Court

------------------------- DISTRICT OF KANSAS-------------------------

**WALLACE BROWN,**

        **Plaintiff,**

v.                                                        Case No: 22-2084-JWB

**FORDYCE CONCRETE COMPANY, INC. and**
**ASH GROVE MATERIALS CORP.,**

        **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to memorandum and order filed December 22, 2023, Defendants' motion for summary judgment (Doc. 61) is GRANTED.

| December 22, 2023 | SKYLER B. O'HARA |
|---|---|
| Date | CLERK OF THE DISTRICT COURT |
| | by:   s/ Joyce Roach |
| | Deputy Clerk |